UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JUL 11 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Helen Re-Re T. Williams,
Equality Rights/LGBTQ
member number #9959917,

UFC South Loop Fitness Club,

Plaintiff(s),

vs.

South Suburban College, Harold Washington College, Penn Foster, Truman College, Paul Simon JobCorps, Robin Kelly, Nike Elite, UIC, Illinois Human Rights, LGBTQ/Equality Rights, IDFPR

Defendant(s).

) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )

1:18-cv-04765
Judge John Robert Blakey
Magistrate Judge Jeffrey T. Gilbert

**COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS**

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is Helen Re-Re T. Williams.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4. Defendant, *Robin Kelly, South Suburban College, Westwood College, Harold Washington College, Penn Foster, Truman College*, is
   (name, badge number if known)
   *Paul Simon Job Corps*
   
   ☒ an officer or official employed by *the board of education, federal government*
   (department or agency of government)
   *and Nike Elite gear.* _____ or
   
   ☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is *Cook County, Scranton, PA, Washington County*. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about *Different*, at approximately *Different* ☐ a.m. ☐ p.m.
   (month, day, year)
   plaintiff was present in the municipality (or unincorporated area) of *Chicago Cook County Illinois*, in the County of *Cook, Scranton, PA, Washington County*, State of Illinois, at *UIC, Harold Washington College, Westwood College, South Suburban College, Paul Simon Job Corps.*
   (identify location as precisely as possible)
   when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

   ☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☐ searched plaintiff or his property without a warrant and without reasonable cause;
   ☐ used excessive force upon plaintiff;
   ☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☐ failed to provide plaintiff with needed medical care;
   ☒ conspired together to violate one or more of plaintiff's civil rights;
   ☐ Other: _____
   _____
   _____

2

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (**Leave blank if no custom or policy is alleged**): N/A

8. Plaintiff was charged with one or more crimes, specifically: N/A

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

   ☐ are still pending.

   ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

   ☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows N/A

   ☐ Other: _____

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

The first company I was a part of was the trade school Paul Simon Job Corps, in which I was trained as a certified district 13 I.U.P.A.T Painter, I was an elected official of Barack Obama's Student government Associate's (SGA) Student Campaing/Executive Council, and the Captain of the women's basketball team "Lady Mustangs" 2009/2010 season who in which we all signed Nike Elite endorsement contracts, and won the American Championship in 2010, and I later became the "Face of Job Corps". Then I attended Harold Washington College for the spring and Summer Semester of 2011, I signed to drop spring Semester of 2011 because of my living situation, but Harold Washington failed me instead, I earned 6 credit hours in the 2011 Summer Semester. In 2012 I attended Westwood College and earned a 3.30 GPA in Spring 2012, then a 3.0 in the Summer earning 20 to 28 credit hours, then ix elected official of the democratic campaing Robin Kelly wrote me a invite letter to attend South Suburban College for the 2014 Spring Semester. I attended that school for 3½ years, earning 51 credit hours, by the time my fall 2015 Sophamore Semester I was physically assaulted by male students while trying to finish school. South Suburban College doesn't want to give me my associates degree, and transferred my credits to UIC with giving my degree. In the 2017 Summer Semester they turned my A+ in PE to a C, and gave me a D for the entire semester regardless of my passing assignments. Finally, I was invited to work at UIC in fall of 2016, and was intentionally fired March 15th, 2017, then they invited me to attend school for 2018 fall semester, and denied my application as a act of retaliation because of a prior Human Rights report of descrimination I filed against them.

11. Defendant acted knowingly, (intentionally,) willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

I was physically assaulted at South Suburban College by male students while trying to learn, denied my rights to graduate and get my degree, South Suburban College lowered my GPA.
Paul Simon Job Corps didn't place me with a contractor for Jobs in my trade, Nike Elite didn't renegotiate our Nike Elite endorsement Contracts after we won the 2009-2010 Job Corps Championship for womens basketball.

13. Plaintiff asks that the case be tried by a jury. ☐ Yes ☒ No

4

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. [X] *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *Helene De-De T. Williams*

Plaintiff's name *(print clearly or type)*: Helene De-De T. Williams

Plaintiff's mailing address: 4727 N. Malden

City: Chicago    State: IL    ZIP: 60640

Plaintiff's telephone number: (708) 595-2473

Plaintiff's email address *(if you prefer to be contacted by email)*:

thecubsswindle@gmail.com

15. Plaintiff has previously filed a case in this district. [X] Yes ☐ No

*If yes, please list the cases below.*

Williams vs/Brown, Williams vs National Guards, Williams vs Mercy Housing

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*